AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ANTONICKAH APONTE <br><br><br><br>*Plaintiff(s)* <br><br>v. <br><br>Bukhari Group LLC d/b/a Popeyes Louisiana Kitchen, Coney Food of NY LLC, Baychester Chicken Inc., Baychester Chicken BG LLC, 4399 Bronx Chicken LLC, 3411 Jerome Ave Corp., 1769 Jerome Chicken LLC, and Nafees Bukhari <br>*Defendant(s)* | Civil Action No. 1:25-CV-6139 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bukhari Group LLC d/b/a Popeyes Louisiana Kitchen
c/o Nafees Bukhari
13 Kearney Avenue
Bethpage, New York 11714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, NY 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 28, 2025

/S/ S. James
*Signature of Clerk or Deputy Clerk*

